IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael A. Bell, | ) No. CV 1-06-492-FRZ |
|   Plaintiff, | ) **ORDER** |
| vs. | ) |
| Allen K. Scribner, et al., | ) |
|   Defendants. | ) |

Plaintiff completed and returned the required documents, as ordered by the Court on March 23, 2009, for the United States Marshal to seek waiver of service or serve Defendants Ortiz, Thompson, Smith, and Harlien-Ruiz.

On June 11, 2009, the Court ordered the United State Marshal to serve each of the Defendants.

Defendants Thompson and Smith filed an Answer to Complaint and Demand for Jury Trial on October 16, 2009.

Defendant Ortiz filed an Answer on October 30, 2009.

On November 13, 2009, the waiver of service as to Defendant Harlien-Ruiz was returned unexecuted, indicating several unsuccessful attempts to locate and serve the Defendant.

The Court's service order of June 11, 2009 advised as follows:

> If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 120 days of the filing of this Order, the action may be dismissed as to each Defendant not served. Fed.R.Civ.P. 4(m).

1  There has been no request for an extension of time or any further attempt by Plaintiff
2  to serve Defendant Harlien-Ruiz.
3  Based on the foregoing,
4  IT IS HEREBY ORDERED that Plaintiff show cause, on or before June 10, 2010,
5  why Defendant A. Harlien-Ruiz should not be dismissed from this action pursuant to
6  Fed.R.Civ. P. 4(m);
7  IT IS FURTHER ORDERED that failure to comply with this Order will result in the
8  dismissal of Defendant Harlien-Ruiz from this action;
9  IT IS FURTHER ORDERED that Plaintiff may file a Voluntary Dismissal of
10 Defendant A. Harlien-Ruiz if he wishes to proceed forthwith against Defendants Ortiz,
11 Thompson, Smith, who have filed an answer.

13 DATED this 14th day of May, 2010.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge