IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael A. Bell,<br><br>    Plaintiff,<br><br>vs.<br><br>Allen K. Scribner, et al.,<br><br>    Defendants. | No. CV 1-06-492-FRZ<br><br>**ORDER** |

    Upon consideration of and no opposition to Plaintiff's Motion for Extension of Time;

    IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to respond to this Court's Order to show cause why Defendant A. Harlien-Ruiz should not be dismissed from this action pursuant to Fed.R.Civ. P. 4(m) is GRANTED;

    IT IS FURTHER ORDERED that Plaintiff is granted up to and including June 30, 2010 to respond to the Court's Order to show cause;

    IT IS FURTHER ORDERED that failure to comply with this Order will result in the dismissal of Defendant Harlien-Ruiz from this action without further notice;

    IT IS FURTHER ORDERED that Plaintiff may file a Voluntary Dismissal of Defendant A. Harlien-Ruiz if he wishes to proceed forthwith against Defendants Ortiz, Thompson, Smith, who have filed an answer.

    DATED this 21st day of June, 2010.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge