1

2

3

4

5

6       **IN THE UNITED STATES DISTRICT COURT**

7       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   Michael A. Bell,       )   No. CV 1-06-492-FRZ
)
10       Plaintiff,       )   **ORDER**
)
11   vs.       )
)
12   Allen K. Scribner, et al.,       )
)
13       Defendants.       )
)

14

15       Pursuant to the Stipulated Dismissal With Prejudice (Doc. 40) filed this date, in which

16 the parties stipulate to the dismissal of the entire action with prejudice, and further stipulate

17 that the Defendants shall not utilize the dismissal in any motion or request to have Plaintiff

18 declared a vexatious litigant;

19       IT IS HEREBY ORDERED that this action is dismissed with prejudice; each party

20 to bear their own attorney's fees and costs.

21

22       DATED this 16th day of September, 2013.

23

24                          Frank R. Zapata

25                         **Senior United States District Judge**

26

27

28